# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2012

144253

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WILLIAM P. RAMEY,
        Plaintiff-Appellant,

v

        SC: 144253
        COA: 303953
        WCAC: 10-000040

GENERAL MOTORS CORPORATION,
        Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the November 4, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     HATHAWAY, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2012                                                       Clerk

t0516